Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GLENN LUDWIG and DARLA LUDWIG, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, doing business in the State of Washington,<br><br>Defendant. | NO. C08-5628RBL<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

## STIPULATION

The parties to this action, as evidenced by the signatures of their counsel, hereby stipulate to the entry of the order subjoined below.

DATED this 31st day of August, 2009.

OLSON, ZABRISKIE & CAMPBELL

By: _/s/_
Scott Campbell, WSBA #19595
Attorneys for Plaintiffs

BETTS, PATTERSON & MINES, P.S.

By: _/s/_
Joseph D. Hampton, WSBA #15297
Attorneys for Defendant

STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE - 1 -
413974/082509 1553/77540017

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

## ORDER

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. This action, and all claims by the Plaintiffs, are hereby dismissed with prejudice.
2. This dismissal shall be without an award of costs to either party.

DONE IN OPEN COURT this 1st day of September, 2009.

*[signature]*

RONALD B. LEIGHTON
Judge, United States District Court

Presented by:

BETTS, PATTERSON & MINES, P.S.

By *[signature]*
Joseph D. Hampton, WSBA #15297
Attorneys for Defendant

Approved as to form; Notice
of Presentation waived:

OLSON, ZABRISKIE & CAMPBELL

By *[signature]*
Scott Campbell, WSBA #19595
Attorneys for Plaintiffs

*[signatures]*

STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE  - 2 -
413974/082509 1553/77540017

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988